1 **RESNICK & LOUIS, P.C.**
PAUL A. ACKER, ESQ.
2 Nevada Bar No. 3670
8925 West Russell Road, Suite 220
3 Las Vegas, NV 89148
Telephone: (702) 997-3800
4 Facsimile: (702) 997-3800
packer@rlattorneys.com
5 *Attorneys for Defendant,*
*The Petrie Corporation*
6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

| | |
|---|---|
| TARA LEIGH PATRICK a/k/a CARMEN ELECTRA, ALANA SOUZA a/k/a ALANA CAMPOS, and INA SCHNITZER a/k/a JORDAN CARVER<br><br>Plaintiffs,<br><br>v.<br><br>THE PETRIE CORPORATION d/b/a PLAY IT AGAIN, SAM'S<br><br>Defendant. | CASE NO.: 2:19-cv-00991-JCM-GWF<br><br>**STIPULATION/ORDER FOR DISMISSAL OF LITIGATION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The parties agree that should the Court

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

approve this stipulation, each side shall bear its own attorney's fees and costs.

Respectfully submitted,

DATED this 1st day of April, 2020.                    DATED this 1st day of April, 2020.

**ALVERSON TAYLOR & SANDERS**                **RESNICK & LOUIS, P.C.**

/s/ *David Sexton*                                    /s/ *Paul Acker*

David M. Sexton, Esq.                                 Paul A. Acker, Esq.
Nevada Bar No. 14951                                  Nevada Bar No. 3670
6605 Grand Montecito Parkway, Suite 200               8925 West Russell Road, Suite 220
Las Vegas, Nevada 89149                               Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*                            *Attorneys for Defendant*

**IT IS SO ORDERED:**
**The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is <u>approved</u>. This civil action is hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** April 3, 2020

**CERTIFICATE OF SERVICE**

In compliance with the Court's Local Rules, the undersigned hereby certifies that on this day, April 1, 2020, a copy of the foregoing document was served upon all parties and counsel of record in this matter via the Court's CM/ECF electronic filing system.

/s/ *Paul Acker*

_____
Paul A. Acker, Esq.